# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DOUGLAS ROBINS AND KATHERINE
ROBINS

VERSUS

JANIE LANGUIRAND COLES,
MOHAMMAD Z. PIRZADAH, M.D.,
AND MANG, BOURGEOIS &
CALLAWAY, LLC

NO.  2021 CW 1550

**JANUARY 31, 2022**

---

In Re:  Douglas Robins and Katherine Robins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 698051.

---

**BEFORE:  McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT GRANTED.** The trial court's September 28, 2021 ruling which disqualified John L. Hammons from serving as counsel herein is reversed. A lawyer is not likely to be a necessary witness when evidence pertaining to each matter to which he could testify is available from another source. See **Horaist v. Doctor's Hospital of Opelousas**, 255 F.3d 261, 267 (5th Cir. 2001). We find that based on the documents presented and arguments asserted, defendants, Janie Languirand Coles and Mang, Bourgeois & Callaway, LLC, will be able to support their defense against this fraud action using sources other than Mr. Hammons' testimony. Therefore, the motion to disqualify counsel is denied.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT